## SEEGAR, administratrix, v. STOVALL.

BECK, J. No error of law being complained of, and there being sufficient evidence to support the verdict, a new trial is refused.

*Judgment affirmed. All the Justices concur, except Holden, J., disqualified.*

Argued May 25,—Decided November 11, 1908.

Complaint. Before Judge Holden. Elbert superior court. October 2, 1907.

*H. J. Brewer* and *Cobb & Erwin,* for plaintiff in error.

*George C. Grogan,* contra.